JEREMIAH M. WELCH (SBN 180370)
REBECCA R. NELSON (SBN 328276)
KATHERYN D. KELLNER (SBN 339679)
**SAXE DOERNBERGER & VITA, P.C.**
One Better World Circle, Suite 300
Temecula, CA 92590
Ph: (951) 365-3145; Fax: (203) 287-8847
E-mail: jwelch@sdvlaw.com
          rrnelson@sdvlaw.com
          kkellner@sdvlaw.com
Attorneys for Plaintiffs, SUNKIST GROWERS, INC. AND FRUIT GROWERS SUPPLY COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNKIST GROWERS, INC., a California agricultural cooperative; FRUIT GROWERS SUPPLY COMPANY, a California agricultural cooperative<br><br>Plaintiffs,<br><br>vs.<br><br>AGCS MARINE INSURANCE COMPANY, an Illinois corporation<br><br>Defendant. | Case No.: 2:23-cv-01643-SB-ADS<br>Hon. Judge Stanley Blumenfeld, Jr.<br><br>**[PROPOSED] FINAL JUDGMENT RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Pretrial Conference: February 9, 2024<br>Time: 10:00 am<br>Courtroom: 6C<br><br>Trial Date: February 26, 2024<br>Action Filed: March 6, 2023 |

This matter came before the Court on January 19, 2024, the Honorable Judge Stanley Blumenfeld, Jr. presiding. After reviewing the evidence presented and hearing the arguments of counsel on Defendant AGCS MARINE INSURANCE COMPANY's Motion for Summary Judgment and on Plaintiffs SUNKIST GROWERS INC. and

FRUIT GROWERS SUPPLY COMPANY's Cross-Motion for Summary Judgment under Fed. R. Civ. P. 56., Judgment is entered by the Court as follows:

1. SUNKIST GROWERS INC. and FRUIT GROWERS SUPPLY COMPANY's loss is covered by the relevant insurance policy, and the loss constitutes a single adjusted claim subject to a single deductible of $500,000. As such, the Court DENIES AGCS MARINE INSURANCE COMPANY's motion in its entirety, and GRANTS SUNKIST GROWERS INC. and FRUIT GROWERS SUPPLY COMPANY's cross-motion for summary judgment on all claims.

2. IT IS ORDERED THAT SUNKIST GROWERS INC. and FRUIT GROWERS SUPPLY COMPANY shall recover from AGCS MARINE INSURANCE COMPANY in the amount of (a) $3,214,229.96 for compensatory damages, and (b) prejudgment interest, per stipulation by the parties, of $337,983.67 for a total judgment of **$3,552,213.63** (three million, five hundred fifty two thousand, two hundred thirteen dollars and sixty three cents) in favor of SUNKIST GROWERS INC. and FRUIT GROWERS SUPPLY COMPANY and against ACGS MARINE INSURANCE COMPANY.

3. IT IS ORDERED THAT AGCS MARINE INSURANCE COMPANY shall collect a single $500,000 deductible from SUNKIST GROWERS INC. AND FRUIT GROWERS SUPPLY COMPANY for the single adjusted claim.

Dated:_____          _____
                            UNITED STATES DISTRICT JUDGE

Approved as to form and content.

*/s/ Jeremiah M. Welch_____*
Attorney for Plaintiff

*/s/ Neil S. Lerner_____*
Attorney for Defendant

[PROPOSED] FINAL JUDGMENT