JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNKIST GROWERS, INC., a California agricultural cooperative; FRUIT GROWERS SUPPLY COMPANY, a California agricultural cooperative,<br><br>                Plaintiffs,<br><br>  vs.<br><br>AGCS MARINE INSURANCE COMPANY, an Illinois corporation,<br><br>                Defendant. | Case No.: 2:23-cv-01643-SB-ADS<br>Hon. Judge Stanley Blumenfeld, Jr.<br><br>**FINAL JUDGMENT** |

    For the reasons stated in the separate order denying Defendant's motion and granting Plaintiff's cross-motion for summary judgment entered January 22, 2024 (Dkt. No. 49), and pursuant to the proposed final judgment stipulated as to form by all parties (Dkt. No. 50), judgment is entered by the Court as follows:

1. SUNKIST GROWERS INC. and FRUIT GROWERS SUPPLY COMPANY's loss is covered by the relevant insurance policy, and the loss constitutes a single adjusted claim subject to a single deductible of $500,000. As such, the Court DENIED AGCS MARINE INSURANCE COMPANY's motion in its entirety, and GRANTED SUNKIST GROWERS INC. and FRUIT GROWERS SUPPLY COMPANY's cross-motion for summary judgment on all claims.

2. IT IS ORDERED THAT SUNKIST GROWERS INC. and FRUIT GROWERS SUPPLY COMPANY shall recover from AGCS MARINE INSURANCE COMPANY in the amount of (a) $3,214,229.96 for

FINAL JUDGMENT

compensatory damages, and (b) prejudgment interest, per stipulation by the parties, of $337,983.67 for a total judgment of **$3,552,213.63** (three million, five hundred fifty-two thousand, two hundred thirteen dollars and sixty-three cents) in favor of SUNKIST GROWERS INC. and FRUIT GROWERS SUPPLY COMPANY and against ACGS MARINE INSURANCE COMPANY.

3. IT IS ORDERED THAT AGCS MARINE INSURANCE COMPANY shall collect a single $500,000 deductible from SUNKIST GROWERS INC. AND FRUIT GROWERS SUPPLY COMPANY for the single adjusted claim.

All claims have been adjudicated on the merits, and the clerk is directed to close the case. This is a final judgment.

Date: January 30, 2024



_____
Stanley Blumenfeld, Jr.
United States District Judge

FINAL JUDGMENT

2